AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Joseph Hinojos____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Alexis WIMBLEY Hernandez | ) Case No. 4:23-MJ-645 |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/13/2023  in the county of  Presidio  in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

FERNANDO A JUAREZ
Digitally signed by FERNANDO A JUAREZ
Date: 2023.11.14 17:34:20 -06'00'

*Complainant's signature*

Fernando Juarez, Special Agent
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 11/16/2023

City and state: Pecos, Texas

*Judge's signature*

Honorable Judge David B. Fannin
*Printed name and title*

## Affidavit

On November 13, 2023, Customs and Border Protection (CBP) officers encountered Alexis WIMBLEY Hernandez while conducting outbound inspections at the Presidio Port of Entry. The outbound inspection area is situated where drivers are committed to exit the United States and drive into Mexico.

CBP Officers selected a black Ram truck bearing paper plates for inspection.  WIMBLEY was the driver and sole occupant of the truck.  WIMBLEY provided a negative customs declaration for merchandise and said he owned the truck.  CBP Officers conducted a physical inspection of the interior.  CBP Officers opened a glovebox-like compartment located behind the driver seat.  The compartment revealed a clear plastic bag containing ammunition.  The ammunition was effortlessly visible within the bag.  One thousand (1000) rounds of .223 caliber ammunition were inventoried.  WIMBLEY stated his girlfriend was traveling behind him in a separate vehicle.

The female driving behind WIMBLEY was identified and her vehicle was referred for further inspection.  The female stated she did not know WIMBLEY and claimed to be traveling alone.

Homeland Security Investigations Special Agent (SA) Fernando Juarez read WIMBLEY his Miranda Rights.  WIMBLEY stated he understood his rights.  WIMBLEY asked about the female traveling in a separate vehicle behind him.  WIMBLEY identified her by name and claimed she was his fiancée.  WIMBLEY wanted to know if anything was found in her vehicle.  WIMBLEY asked why the female was being detained.  WIMBLY said that it was his truck and made it clear she had nothing to do with it.  WIMBLEY said that he was in possession of the truck and added that the female did not know about the ammunition.  WIMBLEY requested an attorney and the interview was terminated.

I make this affidavit based on my personal knowledge and information furnished to me by other law enforcement officers for the purpose of establishing probable cause.

FERNANDO A JUAREZ
Digitally signed by FERNANDO A JUAREZ
Date: 2023.11.14 17:35:16 -06'00'

Fernando Juarez
HSI Special Agent

David B. Fannin
United States Magistrate Judge